**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEW JERSEY
MITCHELL H. COHEN U.S. COURTHOUSE
400 COOPER STREET
CAMDEN, NEW JERSEY 08101-2067
(856) 361-2310

**JERROLD N. POSLUSNY, JR.**
U.S. BANKRUPTCY JUDGE

*FILED JEANNE A. NAUGHTON, CLERK JUN 2 3 2020 U.S. BANKRUPTCY COURT CAMDEN, N.J. BY ___ DEPUTY*

June 23, 2020

Jasmine L. Williams
209 Roosevelt Boulevard
Berlin, NJ 08009

Eric J. Clayman
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

Re: In re Williams (Case No. 15-32609)

Dear Ms. Williams and Mr. Clayman:

I have reviewed Ms. Williams' letter-motion objecting to Jenkins & Clayman's attorneys fees (the "Motion"). The Motion was scheduled for a hearing on June 16, but neither party appeared. After reviewing the Motion and the relevant fee applications filed in the case, I am prepared to rule without rescheduling a hearing. At the time I considered each of Jenkins & Clayman's fee applications filed in this case I determined that the amount fees awarded in each order were reasonable. After reviewing those fee applications in preparing this letter-decision related to the Motion, I have concluded that there is no basis to change that amount of fees that were rewarded. The fees approved in this case were reasonable. Therefore, the Motion will be denied. The order denying the Motion is enclosed.

I suggest Ms. Williams speak with an attorney regarding any questions or concerns she may have related to the Motion or to determine whether she may have other rights.

Very truly yours,

JERROLD N. POSLUSNY, JR.
U.S. Bankruptcy Judge

Enc.